```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

COUTINHO & FERROSTALL, INC.,              :    09 Civ. 7406 (SHS)

                     Plaintiff,     :

                  -against-       :    ORDER

M/V GENCO CAVALIER, *ET AL.*,             :

                  Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that the next pretrial conference will be held on February 19, 2010, at 10:00 a.m.

Dated: New York, New York
       November 12, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.